# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) Case No. 17-43208 |
| Peter Edward Emerson Scott, *Debtor* | ) |
| | ) Chapter: 13 |
| TJM Portfolio LLC by FCI Lender Services, Inc., *Creditor* | ) |
| | ) |
| vs. | ) |
| | ) |
| Peter Edward Emerson Scott, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Richard Fink, *Trustee* | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under U.S.C. §1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the

transfer, other than for security, of the claim referenced in this evidence and notice.

TJM Portfolio LLC by FCI Lender Services, Inc.
Name of Transferee

__PLS Specialty Investments LLC, by FCI Lender Services, Inc.__
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known):  19-1__
Amount of Claim:  $72,976.32__
Date of Claim Filed:  __4/9/2018__

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

Phone:  __800-931-2424 X 651_____
Last Four Digits of Acct #:  __5924__

Phone:  __800-931-2424 x651_____
Last Four Digits of Acct #:  __5924____

Name and Address where transferee payments should be sent (if different from above):

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

Phone: ___ 800-931-2424 x651___
Last Four Digits of Acct #: __5924____

File No. 214194
Case No: 17-43208

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOUTHLAW, P.C.
__/s/ Lisa C. Billman_____
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was filed electronically on this January 6, 2020 with the United States Bankruptcy Court for the Western District of Missouri, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court.

Tracy L. Robinson
818 Grand Blvd., Suite 505
Kansas City, MO 64106
**ATTORNEY FOR DEBTOR**

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663
**TRUSTEE**

And delivered via U.S. Mail, First Class, postage prepaid, on January 6, 2020, to:

Peter Edward Emerson Scott
10809 E 20th St S
Independence, MO 64052
**DEBTOR**

SOUTHLAW, P.C.
__/s/ Lisa C. Billman_____
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 214194
Case No: 17-43208